UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREY IRREVOCABLE TRUST, *et al*,<br><br>                                    Appellant,<br><br>    v.<br><br>TENNVADA HOLDINGS I, LLC, *et al.*,<br><br>                                    Appellee. | Case No. 2:12-cv-01592-RFB-PAL<br><br>ORDER |

On February 21, 2017, this court informed appellant that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. [3]. To date, appellant having taken no further action to prosecute this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter be, and the same hereby is, DISMISSED.

DATED this 4th day of April, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE